In the Matter of the Claim of JOHN KELLERMAN, Respondent, against JOHN A. MOST and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.